# UNITED STATES DISTICT COURT DISTRICT 6 OF EUGENE OREGON

6:22-cv-00090-AA

CLASS ACTION COMPLAINT: WHISTLEBLOWING CASE ALLEGING THAT DEFENDANTS OWES SOME OF THE PLAINTIFFS A SUM OF MONEY

PATRICK LOUIS HENDERSON ET. ALL
3130 KINSROW APT 305
EUGENE OREGON 97401

FIRST PLAINTIFF

CHRISTINE                    HENDERSON
3130      KINSROW      APT      305
EUGENE OREGON 97401

SECOND PLAINTIFF


ANGELA M PEYTON
1640 NEWMARK APT 6
COOS BAY OREGON 97420

JASON        A        HENDERSON
3120      KINSROW      APT      305
EUGENE OREGON 97401

V.

OFFICE OF ADMINISTRATIVE HEARINGS

46000 25TH NE

SALEM OREGON 97301


OREGON D3EPARTMENT OF HUMAN RESOURCES

I

## THE PARIES IN THIS COMPLAINT

### PLAINTIFFS

#### 1

PATRICK L. HENDERSON, ET. ALL,  EMPLOYER OF RECORD, 3130 KINSROW APARTMENT 305 EUGENE OREGON 97401 CONTACT THROUGH CHRISTINE HENDERSON SECOND PLAINTIFF

#### 2

CHRISTINE D. HENDERSON, GAURDAIN/PAYEE. CRISIS RELIEF PERSONAL SUPPORT WORKER FOR PATRICK, 3130 KINSROW APARTMENT 305, EUGENE OREGON 97401.

#### 3

ANGELA M. PEYTON, ISP REPRESENTATIVE, 1640 NEWMARK APT 6, COOS BAY OREGON 97420

#### 4

JASON A. HENDERSON, PERSONAL SUPPORT WORRKER FOR PATRICK, 3130 KINSROW APT 305 EUGENE OREGON 97401,  CONTACT THROUGH CHRISTINE HENDERSON SECOOND PLAITIFF

### V.

### DEFENDANTS

#### 1

OFFICE OF ADMINISTRATIVE HEARINGS 450025 NE SAMLEM OREOGN 97401 SUPPOSEDLY A INDEPENDENT CORPORATION FROM DHS THAT EMPLOYS JUDGES TO HEAR DEPARTMENT OF HUMAN RESOURCES CASES BUT THERE IS DOICUMENTATION THAT THE JUDGES USE TO BE EMPLOYEES OF OREGON HUMAN RESOURCES. AND THEY ARE VARY VARY PREJUDICE WITH CASES THAT COME BEFORE THEM THAT THE DEPARTMENT OF HUMAN RESOURCES ALLEGES.

OREGON DEPARTMENT OF HUMAN RESOUCES

FROM THIS PINT ON THE DEFENDANTS WILL BE ADDRESSED AS OHDS ET. ALL

## II
## BASIS FOR JURISDICTION

QUI TAM-WHISTLE BLOWING FOR NOT ACCOMMODATING PERSONS WTH DISABILITIES –SSID XVI, RACKETINFLUENCED AND CORRUPT ORGANIZATION, IRS 3RD PARTY-26 USC, AMERICAN DISABILITIES OTHER, BREACH OF CIVIL RIGHTS, PERSONAL INJURY, ASSAULT KLIBEL SLANDER

## THE AMOUNT OF IN CONTROVERSY

THE AMOUNT THE PLAINTIFFS CLAIM THAT THE DEFENDANTS OWE IS MORE TAN 75,000.00 NOT COUNTING INTEREST AND COST OF COURT.

## III

## STATEMENT OF CLAIMS

### A

OHDS JUDGES DO NOT ALLOW ALL PRESENTED EVIDENCE FFROM CLIENTS TO BE EXAMINED AND BECOME PART OF THE CASE.

### B.

OHDS JUDGES AND OHDS REPRESENTATIVES ARE NOT PREPAPRED UPON CONDUCTING THE HEARING AND SPEND HOURS RECONSTRUCTING AND WORKING ON PAPER WORK DURIN GTHE HEARING TO TRY AND MAKE A WIN FOR THE DEPARTMENT.

### C.

ODHS JUDGES AND OHDS REPRESENTATIVES ARE DISREPECTFUL AND TELL PEOPLE TO "SHUT UP" AND "TO STOP TALKING" AND DO NOT LET THE PERSON THE CLAIMS ARE AGAINST TALK DURING 2 AND 3 HOUR HEARINGS.THE PERSON IS TO JUST SIT AND LISTEN TO THE JUDGE AND THE OHDS PEOLLE TALK AND DO PAPERWORK.

### D.

I AM THE SOLE WORKER FOR MY BROTHER PATRICK HENDERSON WHO CAN NOT BE LEFT UNATTENDED AT ANYTIME AND I HAVE TO PAY PERSONAL SUPPORT WORKERS MONEY OUT OF POCKET SO I CAN DO TELEPHONE CONFERENCES WITH OHDS AND JUDGES.

### E.

JUDGES AND OHDS REPRESENTATIVES DO NOT ALLOW ACCOMMODATIONS FOR DISABLED PERSONS EVEN WHEN THEY REQUEST IT AT THE BEGINNING OF THE HEARING.

### F.

WHEN JUDGES AND OHDS REPRESENTATIVES TAKE TWO AND 3 HOURS TO DO A HEARING THAT DEPLETS CELL PHONE MINUTES AND IN TWO OF THE HEARINGS MY PHONE WENT DEAD SO I DID NOT GET TO CONTINUE THE HEARING.

## G.

USUALLY OHDS REPRESENTATIVEDS DO NOT HAVE QUESTIONS THEY WOULD LIKE TO ACK OF ME SO THE JUDGE STARTS IN ASKING QUESTIONS AND TAKES OVER FOR THE OHDS REPRESENTATIVE TRYING TO FIND INFORMATION TO ASSIST THE OHDS REPREENTATIVCE WITH FINDING THINGS THAT CAN ASSIST THEM TO PREVAIL FOR THE DEPARTMENT.

## H

JUDGES AND OHDS REPRESENTATIVES ARE GUILTY OF RUNNNING THE CLOCK TO GET THE MAXIMUM TIME ALLOTED FOR HEARINGS DURING THE PANDEMIC.

## I

OHDS JUDGES AND OHDS REPRESENTATIVES WILL DO ANYTHING TO MAKE A WIN FOR THE DEPARTMENT LIKE WITNESS TAMPERING, EVIDENCE TAMPERING, AND EVEN BREAKING/CLARIFYING/ DISTORTING THEIR OWN ADMINISTRATIVE RULES.

## J

OHDS JUDGES AND OHDS REPRESENTATIVE TURNED OFF MEDICIAL COVERATE TO A DISABLED PERSON WHO WAS RESIDING INA A NUSING HOME CAUSING THE NURSING HOME TO DO A INVOLUNTARY EVICTION FOR NON PAYMENT WHICH IS ALSO ILLEGL SO THEY ALL COULD BE IN COMPLAINCE WITH THE UNCONSTITUTIONAL PASSR TOOL THAT DISCRIMINNATES AND STEERS DEVELPMENTALLY DISABLED PERSONS AWAY FROM LONG TERM CARE FACILITIES. PTRICK HAS NO WHERE TO GO AND ENDED UP BEING TRANSOPORTED TO A GROUP HOME IN THE COMMUNITY THAT WAS NOT APPROPRIATE FOR HIS DIAGNOSIS'S AND HE ALSO WAS TRANSFERRED WITH OUT ANY MEDICAL SUPPORTS IN PLACE...HE DID NOT HAVE A BED/ ATTENDS/ OR THICK IT UPON LEAVING THE NURSINGHOME. WHICH IS ABUSE AND NEGLECT OF A DEVELOPMENTAL DISABLED INDIVIDUAL AND HIS GUARDIAN THAT HAD TO SCRAMBLE TO GER HIS NEEDS MET.

## K

OHDS JUDGES AND OHDS REPRESENTATIVES ARE SUBMITTING FRAUDUALNT WRITS AND AWARDING THEM TO BE COLLECTED BY THE OVERPAYMENT DEPARTMENT

## L

OHDS JUDGES ARE ALLOWING ILLEGAL COLLECTION ON JUDGEMENTS AS THE PALINTIFF IS JUDGEMENT PROOF AS SHE HAS INCOME OF SSI AND DOC PAYMENTS BOTH EXEMPT FROM ATTACHMENT.

## M.

ODHS JUDGES IS ALLOWING FOODSTAMP CONCULATIONS BE CONSIDERED FOR OVERPAYMENT OF MEDICAL BENEFITS WHICH ARE TO BE OFFSET BY THE DEPARTMENT.

## N.

ODHS JUDGES ARE FULLY AWARE WRITS THEY SIGN ARE BEING COLLECTED ILLEGALLY BY DHS RECOVERY UNIT.

PAGE 4

O

MR. HALPERT JAMES DRYERS MANAGER HAS COMMMITED ASSUALT AND LIBEL SLANDER AGAINST THE PLAINTIFF BY ACCUSING HER OF THREATENING MR. DRYER WHICH WAS NOT THE CASE.

P

MR HALPERT WAS TO REASSIGN THE CASE TO ANOTHER JUDGE AND DID NOT INSTEAD HE RULED ON THE CASE HIMSELF WHICH IS A CONFLCT OF INTEREST.

Q

MR. HALPERT INTENTIIONALLY/KNOWINGLY RETALIATED AGAINST THE PLAINTIFF AND GAVE AN ILLEGAL NONFAVORABLE JUDGEMENT.

R

JUDGE HLPERT AND JUDGE DRYER WAS TOLD THAT EVEN IF THEY DECIDE THE FOODSPTAMP PAYMENT OVER PAYMENT EXISTED THAT THEY WOULD NOT BE ABLE TO COLLECT IT AS THE PLAINTIFF HAD DOC PAYMENTS AND SSI PAYMENTS AND BOTH ARE JUDGEMENT PROOF AND WHEN THEY TURNED OFF THE FOODSTAMPS THEY COULD NOT RECOUP THE OVERPAYMENT AMOUNT.

TWO YEARS LATER THEY HAVE TURNED ON THE FOODSTAMPS AGAIN IN THE AMOUNT OF 10.00 AND THAN WILL TAKE THE 10.00 AS OVERPAYMENT..

S

JUDGE DRYRER AND JUDGE HALBERT BOTH WERE FULLY AWARE THAT I WAS ON SSI AND THEY TOOK MY FOODSTAMPS AWAY ANYWAYS.

T

JUDGE DREYER AND JUDGE HALPERT ALSO KNEW I WAS NOT GETTNG THE PANDEMIC BENEIFTS EITHER WHICH WAS PART OF THE HEARING AND FLAT IGNORED THE PLEAS TO TURN ON THOSE BENEFITS FOR ME.

U

PEOPLE CAN MAKE COMPLAINTS TO THE HEARINGS COORDINATOR WHO SAYS THEY WILL GET IT TO THE RIGHT PERSON AND COMPLAINTS CONVENIENTLY GET LOST AND NEVER ADDRESSED.

V

THE SURVEY OREGON ADMINISTRAVIVE HEARINGS REQUEST YOU TO TILL OUT DOES NOT ALLOW OPEN ENDED RESPONSES TO ADDRESS THINGS THAT NEED ADDRESSED. THE SURVEY IS BIAS AND IS GEARED TO GIVE THE OHA PROCESS GOOD REPORT.

### W

OHDS AND OHA JUDGES HAVE HARASSED THE PLAINTIFF TO THE POINT THAT SHE HAS ATTENDED OVER 20 HEAINGS IN THE LAST 5 YEARS AND HAS BEEN REFERRED TO AS A :SERIAL PLAINTIFF/DEFENDANT:BY A THIRD PARY IN A DIFFERENT COURT FORUM AS ALL THE HEARINGS ARE PART OF THE PUBLIC RECORD.

### X

OHDS JUDGES AND REPRESENTATIVES DO NOT HOLD HEARINGS IN A TIMELY FASON SOMETIMES IT TAKES OVER 2 MOJNTHS TO GET THE HEARING DATE.

### Y

OHDS REPREEENTATIVES REQUEST PRECONFERENCE HEARINGS BE HELD SO THEY CAN COLLECT MORE INFORMATION ON THE DEPARTMENT CLAIMS AND PREPARE THEIR CASE APPROPREIATELY TO FILL ANY GAPS THEY MAY HAVE. WHICH CAN BE CONSTRUED AS MINIPULATIVE COERSION.

### Z

PLAINTIFF HAS GOTTEN A REPUTATION NOW FOR THREATENING JUDGES WHICH IS NOT THE CASE AS OHDE AND REPRESENTATIVES HAVE DOCUMENTED IT IN PERMANENT RECORD.

### RELEIF

OHDS JUDGES DO NOT ALLOW ALL PRESENTED EVIDENCE FROM CLIENTS TO BE EXAMINED AND BECOME PART OF THE CASE.

REMIDY: JUDGES PUT THE BURDEN OF PROOF ON THE CLIENT NOT ODHS REPRESENTATIVES WHICH IS PROCEEDURE TAMPERING. OHDS MAKES FALSE CLAIMS AGAINST THE CLIENT USING RULES AND REGULATIONS THAT THE CLIENT DOES NOT HAVE PARTY TO AND THAN IS NOT HELD ACCOUNTABLE TO DEFEND THEIR FALSE DEFAMING ACCUSATIONS.(PREJUDICE/DISCRIMINATIN/TAMPERING WITH PROCEEDINGS) FOR EVERY CASE FOUND TO HAVE BEEB CONDUCTED IN SUCH A MANNER THE JUDGE AND OHDS REPRESENTATIVE ARE FINED 3500.00 AND THE CLIENT GET 5,000.00 IN DAMAGES FOR ILLEGAL PROCEDURE AND DEFAMATION AND SLANDER OF CHARACTER. FOR EACH EXHIBIT PRESENTED AND EXCLUDED FRROM THE CASE CLIENT RECIEVES 50.00.

### B.

OHDS JUDGES AND OHDS REPRESENTATIVES ARE NOT PREPAPRED UPON CONDUCTING THE HEARING AND SPEND HOURS RECONSTRUCTING AND WORKING ON PAPER WORK DURING THE HEARING TO TRY AND MAKE A WIN FOR THE DEPARTMENT.\

DO NOT ALLOW DHS REPRESENTATIVES TAKE PART IN PROCEEDINGS IF THEY HAVE NOT PREPARED FOR THE HEARING. IF OHDS NOT IS NOT READY THE CASE SHOULD BE DISMISSED AND THE CLIENT GETS AN AUTOMATIC WIN. OHDS HAS THE SAME AMOUNT OF TIME THAT THE CLIENT DOES TO PREPARE FOR THE HEARING IT IS ONLY FAIR THAT THEY HAVE THEIR CASE READY TO PRESENT AFTER WAITING 2 AND 3 MONTHS TO GET THE CASE HEARD.

C.

ODHS JUDGES AND OHDS REPRESENTATIVES ARE DISREPECTFUL AND TELL PEOPLE TO "SHUT UP" AND "TO STOP TALKING" AND DO NOT LET THE PERSON THE CLAIMS ARE AGAINST TALK DURING 2 AND 3 HOUR HEARINGS.THE PERSON IS TO JUST SIT AND LISTEN TO THE JUDGE AND THE OHDS PEOLLE TALK AND DO PAPERWORK.

REMIDY: NO HEARING CAN LAST MORE THAN 15 NINUTES AND A HALF HOUR UNDER SPECIAL CIRCIMSTANCES THAT MUST BE APPLIED FOR IN ADVANCE BY OHDS JUDGES. NO JUDGE IS ALLOWED TO BE DISRESPECTFUL TO CLIENTS AND IF THEY ARE CAUGHT ON AUDIO SAYING SHUT UP OR BE QUIET OR STATING I AM TIRED OF YOUR RAMBLINGS OR EVEN TALKING OVER THE CLEINT AS THEY ARE PRESENTING 10,000.00 FINE.OHDS REORESEBTATIVES ARE NOT ALLOWED TO READ WORD FOR WORD THEIR PACKET AS THE PACKET WAS SENT OUT TO BE PRE-VEIWED SO THE CLEINT COMES PREPARDED AND SO DOES THE OHDS WORKER.IF THE REPRESENTATIVE STALLS FOR TIME BY READING FROM THE PACKET IT IS A 5,000.00 FINE.WHEN CLIENTS STATE THEY HAVE A DISABILITY AND ACK FOR ACCOMMODATIONS IT IS GIVEN NO QUESTIONS ASKED NO ARGUMENTS IF SO 50, 000.00 FINE.

D.

I AM THE SOLE WORKER FOR MY BROTHER PATRICK HENDERSON WHO CAN NOT BE LEFT UNATTENDED AT ANYTIME AND I HAVE TO PAY PERSONAL SUPPORT WORKERS MONEY OUT OF POCKET SO I CAN DO TELEPHONE CONFERENCES WITH OHDS AND JUDGES.

REMIDY: LIMIT HEARINGS TO 15 MINUTES UNLESS SPECIAL CIRCIMSTANCES APPLY. GET SOMEOKND OF REIMBURSEMENT PROGRAM FOR PEOPLE WHO MUST ATTEND HEARINGS BUT NEED CARE FOR CHILDREN OR DISABLED ADULTS WHILE ATTENDING. A PERSONAL SUPPORT WORKER FOR MY BROTHER WHO HAS EXCEPTIONAL NEEDS IS 25.00 AN HOUR.THE FOUR LAST HEARINGS COSTED ME 75 DOLLARS A HEARING. I WANT REIMBURSED FOR MY OUT OF POCKET EXPENSES. ALSO UNDER THAT CLAUSE...I WANT TO GET PREVAILING FEES FOR EVERYCASE A CLIENT WINS AS ODHS BRINGS MANY FRAUDALANT CLAIMS AND THIS WOULD MAKE THEM THINK TWICE ABOUT WASTING EVERYONES TIME. AND AS IS ANY OTHER COURT...REASONABLE LAWYER FEES SHOULD BE ALLOWED. FOR THE TIME THE CLIENT MUST SPEND PREPARING FOR A CASE AND FOR THE TIME THEY ARE ON THE PHONE AND FOR THE MILAGE TO FAX/MAIL THEIR CASE ALL OF IT. SHOULD BE REINBURSED.BUT MOST OF ALL.... A VERBAL APPOLOGY/ACKNOWLEDGEMENT FROM JUDGE AND ODHS REPRESENTATIVE FOR BRINGING FASLE DEFAMING CLAIMS FORWARD AND ALSO IN WRITING SO CLIENT CAN SHOW OTHERS WHAT WAS SAID WAS FALSE.

E.

JUDGES AND OHDS REPRESENTATIVES DO NOT ALLOW ACCOMMODATIONS FOR DISABLED PERSONS EVEN WHEN THEY REQUEST IT AT THE BEGINNING OF THE HEARING.

NOT ACCOMODATING DISABILITIES OF THE CLIENTS IS AN AUTOMATIC 50,000.00 FINE! JUDGES AND ODHS FORGET THAT 98 PERCENT OF THE PEOPLE THEY ARE DEALING WITH IN THESE CASES ARE PEOPLE WITH A DISABILITY OF SOMESORT AND THEY ARE GETTIGN SERVICES FROM THE DEPARTMENT AS THEY ARE ON SSDI SSI FOODSTAMPS AND MEDICAL. IT IS DISGRACEFUL TO HAVE EMPLOYEES OF THE PARENS PATREA ORGANIZATION TREATING THEIR CONSUMERS WITHOUT DIGNITY AND RESPECT.

ANYONE CAUGHT DISREPECTING THE CONSUMER SHOULD BE AUTOMATICALLY RELEIVED OF THEIR DUTIES!!!

F.

WHEN JUDGES AND OHDS REPRESENTATIVES TAKE TWO AND 3 HOURS TO DO A HEARING THAT DEPLETS CELL PHONE MINUTES AND IN TWO OF THE HEARINGS MY PHONE WENT DEAD SO I DID NOT GET TO CONTINUE THE HEARING

REMIDY: NO HEARING SHOULD LAST OVER 15 MINUTES UNLESS IT IS SPECIAL CIRCIMSTANCES.ODHS REPRESENTATIVES    AND    JUDGES    ARE    NOT    ALLOWED    TO    RECONCULATE/LOOK    UP LAWS/REGULATIONS/CCLARIFY STATEMENTS DISTORTING WHAT IS WRITTEN AND TESTIFIED TO AND NOT ALLOWED TO PUT LIMITS ON TESTIMONY/EXHIBITS ALLOWED IN A CASE IF THE BURDEN OF PROOF IS ON THE CLIENT WHO DOES NOT HAVE ACCESS TO RULES/REGULATIONS IN THE FIRST PLACE. IF OAH ARE TO BE HELD ON REGULAR PHONES...PROVIDE THE CLIENT WITH ONE!!! AT ODHS EXPENSE! AGAIN REIMBURSE THE CLIENT FOR MINUTES USED ON THEIR CELL PHONES FOR A HEAING. IF A CLIENT MUST RAVEL TO GET TO A PHONE THEY GET THAT REIMBURSED TOO.

G.

USUALLY OHDS REPRESENTATIVEDS DO NOT HAVE QUESTIONS THEY WOULD LIKE TO ACK OF ME SO THE JUDGE STARTS IN ASKING QUESTIONS AND TAKES OVER FOR THE OHDS REPRESENTATIVE TRYING TO FIND INFORMATION TO ASSIST THE OHDS REPREENTATIVCE WITH FINDING THINGS THAT CAN ASSIST THEM TO PREVAIL FOR THE DEPARTMENT.

REMIDY: JUDGES ARE NOT ALLOWED TO ACT AS A PARTY IN THE CASE THEY ARE TO BE A NUETRAL PARTY...ANY JUDGE ASSUMING A ROLE OF ONE OF THE PARTIES SHOULD BE SUBJECT TO A 2500.00 FINE AND RELIEVED FROM HEARING CASES INVOLVING THE DEPARTMENT. JUDICAL FITNESS CAN ALSO BECOME A QUESTIONABLE ISSUE AS JUDGES ARE USING THEIR POSITION AND UNDO POWERS TO PERSUADE A WIN FOR THE DEPARTMENT. ALL CONSUMERS SHOULD RECEIVE INFORMATION THAT IF THIS HAPPENS TO THEM...HOW TO REPORT A ADMINISTRATIVE JUDGE AND TO WHOM WITH THE APPROPRIATE TIME FRAME.

H

JUDGES AND OHDS REPRESENTATIVES ARE GUILTY OF RUNNNING THE CLOCK TO GET THE MAXIMUM TIME ALLOTED FOR HEARINGS DURING THE PANDEMIC.

AS STATED EARLIER NO HEARING SHOULD LAST MORE THAN 15 MINUTES. AND EACH SIDE SHOULD HAVE EQUAL TIME IN PRESENTATION AND TESTIMONY NO PERSON SHOULD BE CUT OFF AND NO EXHIBITS SUBMITTED SHOU.D BE DISMISSED. JUDGES AND ODHS REPRESENTATIVES THAT HAVE RAN THE CLOCK SHOULD BE ORDERED TO REPAY THE MONEY COLLECTED FOR THAT HEARING TO THE DEPARTMENT AND 50.00 BE SENT TO THE CONSUMER FOR THE ILLEGAL ACT THAT OCCURRED. THIS WILL CAUSE NEED FOR AN AUDIT/REVIEW OF THE AUDIBLE HEARINGS CONDUCTED FOR THE LAST 3 YEARS BUT I THINK THE AUDITOR WILL BE SURPRISED WITH HOW CURRUPT THE ORGANIZATION IS

I

OHDS JUDGES AND OHDS REPRESENTATIVES WILL DO ANYTHING TO MAKE A WIN FOR THE DEPARTMENT LIKE WITNESS TAMPERING, EVIDENCE TAMPERING, AND EVEN BREAKING/CLARIFYING/ DISTORTING THEIR OWN ADMINISTRATIVE RULES.

ANY OHDS JUDGE OR OHDS REPRESENTATIVE CAUGHT TAMPERSING WITH WITNESS EVIDENCE ADMINISTRATIVE RULES IS AUTOMATICALLY REMOVED FROM THEIR POSITION AND NOT ALLOWED TO PRACTICE IN THIS AREA OF OHDS AGAIN! FINES ARE IMPPSED UP TO 100000.00 DOLLARS AGAINST A VILATOR AND 100 DOLLARS PAID TO THE VICTIMIZED PERSON.

J

OHDS JUDGES AND OHDS REPRESENTATIVE TURNED OFF MEDICIAL COVERAGE TO A DISABLED PERSON WHO WAS RESIDING INA A NUSING HOME RECOVERING FROM ABUSE AND NEGLECT IN A GROUP HOME CAUSING THE NURSING HOME TO DO A INVOLUNTARY EVICTION FOR NON PAYMENT WHICH IS ALSO ILLEGL SO THEY ALL COULD BE IN COMPLAINCE WITH THE UNCONSTITUTIONAL PASSR TOOL THAT DISCRIMINNATES AND STEERS DEVELPMENTALLY DISABLED PERSONS AWAY FROM LONG TERM CARE FACILITIES. PTRICK HAS NO WHERE TO GO AND ENDED UP BEING TRANSOPORTED TO A GROUP HOME IN THE COMMUNITY THAT WAS NOT APPROPRIATE FOR HIS DIAGNOSIS'S AND HE ALSO WAS TRANSFERRED WITH OUT ANY MEDICAL SUPPORTS IN PLACE...HE DID NOT HAVE A BED/ ATTENDS/ OR THICK IT UPON LEAVING THE NURSINGHOME. WHICH IS ABUSE AND NEGLECT OF A DEVELOPMENTAL DISABLED INDIVIDUAL AND HIS GUARDIAN THAT HAD TO SCRAMBLE TO GER HIS NEEDS MET.

THE OHDS JUDGE AND JANE ELLEN FOR THE DEPARTMENT SHOULD LOSE THEIR EMPLOYMENT WITH THE ODHS DEPARTMENT. THE JUDGE SHOULD SERVE TIME IN PRISON FOR WITNESS TAMPERING, EVIDENCE TAMPERING, RACKETEERING, AND ANY OTHER CHARGES THAT APPLY. JANE ELLEN HAS CHANGED HER NAME AND STILL WORKS WITHIN THE OHDS DEPARTMENT AT WHAT POSITION IS UNKNOWN. SHE CONTINUES TO EMBEZZLE MEDICAID AND MEDICARE MONEY THROUGH CLAIMING TO HAVE PROGRAMS FOR DEVELPMENTAL DISABLED PERSON THAT THEY DO NOT. SHE ALSO IS GUILTY OF COMING TO PEOPLES PEROSNAL HOMES AND CONDUCTING ASSESSMENTS FOR THE PROGRAM THAT DOES NOT EXIST COLLECTING HEALTH INFORMATION WHICH IS A HIPPA VILATION. JANE ELLEN CONSPIRED WITH NURSE ADKINSON OF RIVERPARK NURSING HOME TO MURDER SAMUEL RICHARD

HENDERSON OUR FATHER TO GET IN COMPLAINCE WITH THE NON CONSTITUTIONAL PASSR AND SHOULD BE PUT IN PRISON WHERE SHE BELONGS!!!JANE ELLEN ILLEGALLLY SERVED COLLECTION PAPERS ON PATRICK FOR HIS TIME IN THE NURSING HOME AND ALSO ORDERED A WRIT OF GARNISHMENT ON HIS SSDI ACCOUNT TO TAKE PLACE. JANE ELLEN NEEDS TO BE FOUND AND LEGAL ACTION TAKEN AGAINST HER AND SHE NEEDS AT LEAST A 10 YEAR SENTENCE IN PRISON!!!!!!!!!!!!!!!!!!

OHDS NEEDS TO ELIMNATE THE PASSR DIAGNOSTIC TOOL IT DISCRIMINATES BASED ON A PERSON DISABLILITY AND STEERS CONSUMERS INTO SUBSTANDARD MEDICAL CARE. OHDS SHOULD BE ORDERED TO PAY CONSUMERS AND THEIR GUARDAINS 100000.00 DOLLARS FOR EACH TIME THEY USED THIS UNCONSTITUTIONAL ILLEGAL AND VIALATION OF DISABILITY ACT TOOL ON A PERSON. IN THIS CASE THERE WAS MULTIPLE ASSISMENTS CONDUCTED AND PLAINTIFF AND CONSUMER WANT PAID EACH TIME IT WAS USED TO ASSESS.

CRIMINAL CHARGES FOR ABUSE AND NEGLECT BE PLACED ON THE NURSING HOME, JANE ELLEN, AND THE OHDS JUDGE FOR ILLEGALLY EVICTING A CONSUMER BY TURNING OFF HIS MEDICAID AND MEDICARE COVERAGE. CHARGES OF NEGALECT AND ASSULT BE PUT ON ALL INVOLVED FOR NOT HAIVNG PROPER MEDICAL SUPPORTS IN PLACE FOR THE ILLEGAL EVECTION AND PAY THE CONSUMER AND GUARDIAN 100000.00 DOLLARS.

CRIMINAL CHARGES BE PUT AGAINST THE NURSING HOME AND ODHS FOR PUTTING A CLIENT IN A GROUP HOME THAT WAS NOT APPROPRIATE TO SUPPORT HIS MEDICAL CONDITIONS THAT WAS COURT ORDERED BY LANE COUNTY COURTS AND FOR THE PHYSICAL HARM THAT CAME TO HIM WITHIN TWOWEEKS OF HIS STAY IN THE AMOUNT OF 250000.00.

K

OHDS JUDGES AND OHDS REPRESENTATIVES ARE SUBMITTING FRAUDUALNT WRITS AND AWARDING THEM TO BE COLLECTED BY THE OVERPAYMENT DEPARTMENT

ALL JUDGES AND OHDS REPRESENTATIVES FOUND TO BE ILLEGALLY SIGNONG OFF ON FRAUDULANT WRITS AND ORDERING PAYMENT COLLECTIONS AND DOING COLLECTIONS ILLEGALLY 2500000.00 FINE AND AUTOMATIC DISMISSAL FROM EMPLOYEMNT.

THERE SHOULD BE ZERO TOLERANCE FOR BULLYING HARSSMENT COERSEMNET AND UNDUE FORCE IN ODHS WORK PLACE AND IF THERE IS A REPORT OF IT BY A CONSUMER THE EMPLOYEE CAN HAVE LEGAL CHARGES BROUGHT AGAINST THEM THEY LOSE THEIR EMPLYEMNT AND THEY PAY THEIR VICTIM 5000.00 FOR EACH ACT.

EMBEZZLEMENT OF PROPERTY AND MONEY AGAIN LEGAL ACTION CAN BE TAKEN NO GOVERNMENT SOVERNIENTY FOR THE EMPLOYEE/EMPLOYEES INVOLVED AND AUTOMATIC LOSS OF EMPLOYMENT POSITION

L

REMIDY: OHDS JUDGES ARE ALLOWING ILLEGAL COLLECTION ON JUDGEMENTS AS THE PALINTIFF IS JUDGEMENT PROOF AS SHE HAS INCOME OF SSI AND DOC PAYMENTS BOTH EXEMPT FROM ATTACHMENT.

## M.

ODHS JUDGES IS ALLOWING FOODSTAMP CONCULATIONS BE CONSIDERED FOR OVERPAYMENT OF MEDICAL BENEFITS WHICH ARE TO BE OFFSET BY THE DEPARTMENT.

THE PRESIDING JUDGES...IN THIS PARTICULAR CASE...SHOULD BE REMOVED FROM BEING EMPLOYED AS A JUDGE. THIS IS A DIRECT VILATION OF JUDICIAL FITNESS AND CRIMINAL CHARGES SHOULD BE FILED AGAINST THEM FOR ASSAULT ON THE CONSUMER AND HIS REPRESENTATIVE.

ODHS SHOULD PAY 3 TIMES THE AMOUNT THEY ILLEGALLY CONSTRUED AS A MEDICAL OVER PAYMENT USING FOODSTAMP CONSULATIONS INSTEAD OF SETTING THE DIFFERENCE WITH THE NURSINGHOME.

THE JUDGES AND ODHS REPRESETNATIVES THAT ILLEGALLY PUT PATRICKINTO THE FILING GROUP. HARRASED HIS FAMILY, DEFAMED AND SLANDERED HIS GUARDAIN AND PAYEE AND ILLLEGALLY SERVED THE WRIT SHOULD BEREMOVED FROM EMPLOYMENT AND PAY THE VICTIMS THEY HAFFASSED AND BULOIED AND TRIED COOERSING DAMAGES OF 100000.00 DOLLARS A PIECE.

CRIIMINAL CHARGES BE PUT AGAINST ALL FOR ABUSEING AND FINANCIAIL EXPLOITATION OF A DISABLED AMERICAN VILATING THE DISABILITY AND REHABILITATION ACTS.

## N.

ODHS JUDGES ARE FULLY AWARE WRITS THEY SIGN ARE BEING COLLECTED ILLEGALLY BY DHS RECOVERY UNIT.

JUSGES JUDICAL FITNESS SHOULD BE CALLED INTO QUESTION ALONG WITH THEIR MANAGERS INTENT. WE HAVE HAD MONEY AND FOODSTAMP PROBLEMS IN THIS AREA. OHDS NEEDS TO HAVE A BETTER MONITORING SYSTEM FOR THEIR EMPLYEES. ALL PERSONS THAT ARE NOT REGISTERED WITH THE STATE OF OREGON TO PRACTICE DEBT COLLECTION SHOULD BE RELEIVED OF THEIR DUTIES. ANY ONE CAUGHT ASSISTING JUDGES TO CARRY OUT RETALITORY ILLEGAL COLLECTIONS GET FINED 100000.00 FOR EACH OCCURANCE AND RELEIVED OF THEIR DUTIES.

CONSUMEER AND HIS ADVOCATE THAT WAS HARASSED WITH THREATS OF TURNING INTO TREASUREY DEPARTMENT AND OTHER ILLEGAL COERSING ACTS ODHS PAY 25,000.00 FOR EACH OCCURANCE THAT IS PROVEN.

## O

MR. HALPERT JAMES DREYERS MANAGER HAS COMMMITED ASSUALT AND LIBEL SLANDER AGAINST THE PLAINTIFF BY ACCUSING HER OF THREATENING MR. DRYER WHICH WAS NOT THE CASE.

REMIDY: MR. HALPERT PAY 5000.00 TO CHRISTINE FOR LIBEL SLANDER AND FEAMATION AS SHE DID NOT THREATEN MR. DREYER SHE STATED THAT THE CASE WILL GO TO DISTRICT COURT AS THE VALIDITY OF DIFFICULTY OF CARE FORMS AND THAT CHRISTINE WAS FRUSTRATED WITH NOONE FROM OHDS VALIDATING THAT THEY WILL FOLLW IRS LAW KEEPING THE DOC PAYMENT NONCOUNTABLE FROM INCOME.

P

MR HALPERT WAS TO REASSIGN THE CASE TO ANOTHER JUDGE AND DID NOT INSTEAD HE RULED ON THE CASE HIMSELF WHICH IS A CONFLCT OF INTEREST AND HE KNEW CHRISTINE HAD WOND THE CASE AND STILL UPHELD MR. DREYERS ILLEGAL ACTS.

MR.HALPERT SHOULD BE RELEIVED OF ALL HIS DUTIES...HE HAS PROVEN HE IS UNFIT FOR HIS OFFICE OF DUTY.   MR. HALPERT SHOULD PAY CHRISTINE 500.00 FOR EACH MONTH SHE HAS GONE WITHOUT FOODSTAMP BENEFITS OVER THE LAST TWO AND A HALF YEARS.

MR HALPERT AND MR. FREYER ARE BOTH FULLY AWARE THAT THE CASE WAS PURELY RETALIATION AS ODHS WENT BACK TWO AND A HALF YEARS TO TRY AND FIND SOME KIND OF DEFAMING CLAIM TO USE AGAINST CHRISTINE AND THEY STILL ALLOWED THIS CASE TO COME FORWARD AND EVEN RULED ON IT. THEY ARE BOTH GUILTY OF ABUSE AND NEGLECT OF A DISBALED PERSON AND HAVE BROKE THE DISABILITY ACT AND THEIR DUTIES AS A PARENS PATREA ORGNIZATION..

CHRISTINE FINDS HERSELF WONDERING WHY EVEN HAVE AN ADMINISTRATVE LAW ORGANIZATION AT THIS POINT...AS IT IS MORE CORRUPT THAT OHDS AND BASICALLY HAS NO VALID FUNCTIONING IN FAVOR OF CONSUMERS OR BENEFITS AWARDED TO CONSMERS.

SO   HERES A SUGGESTION....ELIMINATE THE OAH PROCESS ALL TOGETHER!!! ELIMNATE CORRUPT UNACCOMMODATING JUDGES. IF THERE ARE GREIVANCES HANDLE THEM AT THE BRACNCH OFFICES SO THE REMEDY IS WITHIN A TIMELY TIME FRAME AND IS EFFICEINT AND ALL EVIDENCE IS ON HAND WITH THE ORIGINAL PERSON MAKING THE COMPLAINT....IT JUST MAKES THE PROCESS SO MUCH MORE SIMPLER.

SHOULD CONSUMERS NEED TO GO TO A GREIVANCE MEETING THEY SHOULD BE GIVEN ACCESS TO ODHS ADMINISTRATIVE RULES AS WELL SO THEY CAN PREPARE PROPERLY FOR MEETINGS.

THE OTHER PART THAT BUGS ME....THE COLLECTION OF PERSONAL PROPERTY AND SEIZURE OF BANK ACCOUNTS. CONSUMERS ARE ALREADY BELOW PROVERTY LEVEL...ODHS GOES AFTER PEOPLE WHO ARE POORLY EDUCATED, DISABLED, AND HAVE LETTLE TO NO RESOURCES....HOW CAN THIS NOT BE CONSTRUED AS BULLYING...ITS DISGRACEFUL...THEY ARE SUPPOSED TO BE HELPING PEOPLE NOT DISTROYING PEOPLE BY USING UNDO POISTION AND POWER...I M NOT SURE HOW TO RESOLVE THIS SO I ASK THE PRESIDING US DISTRICT COURT JUDGE/JUDICIAL TEAM TO HAVE A WORK PARTY AND BRAINSTORM A SOLUTION TO KEEP OHDS FROM VICTIMIZING THE VICTIMS...

CHRISTINE HAS PTSD TRAUMA...PANIC ATACTS, NIGHT TERRORS YOU NAME IT FROM THE DEPARTMENTS ACTIONS THAT GO UNCHECK MAKING HER DISABILITY WORSE...SHE WANTS 500000 DOLLARS PAID FOR HER FOR ALL THE ILLEGAL COERSING/ HARASSMENT/ SHUTTING OFF RESOURCES IN RETALIATION TO WHISLTEBLOWING FOR THAT LAST 9 YEAR!!!!

Q

MR. HALPERT INTENTIIONALLY/KNOWINGLY RETALIATED AGAINST THE PLAINTIFF AND GAVE AN ILLEGAL NONFAVORABLE JUDGEMENT.

PAGE 12

REMIDY: HALPERT AND ALL OTHERS EMPLOYED AT THE OFFICE OF ADMINISTRATIVE HEARINS SHOULD LOSE THEIR EMPLOYMENT. AS STATED THE ORGANIZATION IS CORRUPT FORM THE VARY TIP TOP PERSON RIGHT DOWN TO THE GRUNTS WHO CORDINATE. THEY WAST BILLIONS OF DOLLARS PER YEAR HOLDING THESE ILLEGAL PRJUDICE ILLEGAL FRAUDUALNT CASES AAGAINST THE GENERAL PUBLIC CONSUMERS. THEY ARE ATTACHING MONEY AND PROPERTY FORM THE CONSUMERS ILLEGALLY...SOMEONE SHOULD GET SOME JAIL TIME OUT OF THIS...NOT JUST RELEVIED OF THEIR DUTIES. MR. HALPERT SHOULD BE ORDERED TO PAY CHRISITNE 100000.00 DOLLARS FOR HIS ILLEGAL ACT OF RETALIATION.

R

JUDGE HLPERT AND JUDGE DRYER WAS TOLD THAT EVEN IF THEY DECIDE THE FOODSPTAMP PAYMENT OVER PAYMENT EXISTED THAT THEY WOULD NOT BE ABLE TO COLLECT IT AS THE PLAINTIFF HAD DOC PAYMENTS AND SSI PAYMENTS AND BOTH ARE JUDGEMENT PROOF AND WHEN THEY TURNED OFF THE FOODSTAMPS THEY COULD NOT RECOUP THE OVERPAYMENT AMOUNT.

TWO YEARS LATER THEY HAVE TURNED ON THE FOODSTAMPS AGAIN IN THE AMOUNT OF 10.00 AND THAN WILL TAKE THE 10.00 AS OVERPAYMENT.

AGAIN MR HALPERT AND MR. DREYER SHOULD LOSE THEIR EMPLYEMNET AND THE OAH OFFICE BE CLOSED DOWN AND A NEW IN OFFICE GREIVANCE BE STARTED. JUDGES AND LAWYERS HAVE NO BUSINESS IN THESE GRIENVANCE HEARINGS THE DISPUTES ARE BETWEEN CASE MANAGERS AND CONSUMERS. FOR MR. DREYER AND MR. HALBERTS ILLEGAL ACT. CRININAL CHARGES BE PUT AGAINST THEM AND THEY EACH PAY 10,000. TO CHRISTINE FOR THERE USE OF UNDO POWER THAT COMES WITH EMPLYMENT POSITION BULLYING AND INTENTIONAL INFLICTIONOF EMOTIONAL PAIN AND SUFFERING. AND THEY ARE ALSO GUILTY OF DOING HARM TO A PERSON PROTECTED BY THE DISABILITY ACT WITH IS SOME KIND OF FELONY I DO BELIEVE.

S

JUDGE DREYRER AND JUDGE HALBERT BOTH WERE FULLY AWARE THAT I WAS ON SSI AND THEY TOOK MY FOODSTAMPS AWAY ANYWAYS.

AGAIN MR HALPERT AND MRL DREYER BOTH COMMITED ASSUALT /TAKING AWAYS NEEDED SUPPORTS FROM A DISABLED INDIVIDUAL IN THE PROCESS DEFAMING AND SLANDERING HER. FOR THIS BOTH MR. DREYER AND MR. HABERT SHOULD PAY 36 MONTHS WITHOUT BENEFITS AT 200 A MONTH...15000 A PEAIC

T

JUDGE DREYER AND JUDGE HALPERT ALSO KNEW I WAS NOT GETTNG THE PANDEMIC BENEIFTS EITHER WHICH WAS PART OF THE HEARING AND FLAT IGNORED THE PLEAS TO TURN ON THOSE BENEFITS FOR ME.

AGAIN BOTH SHOULD PAY 15000 DOLLARS A PEICE

PAGE 13

U

PEOPLE CAN MAKE COMPLAINTS TO THE HEARINGS COORDINATOR WHO SAYS THEY WILL GET IT TO THE RIGHT PERSON AND COMPLAINTS CONVENIENTLY GET LOST AND NEVER ADDRESSED.

REMEDY: ANOTHER REASON WHY THE OAH OFFICE SHOULD BE ELIMINATED FROM THE PROCESS OF ODHS. IT IS BAD SERVICES WHEN NOTHING EVER GETS ADDRESSED OR GETS CONVIENTLY LOST.

V

THE SURVEY OREGON ADMINISTRAVIVE HEARINGS REQUEST YOU TO TILL OUT DOES NOT ALLOW OPEN ENDED RESPONSES TO ADDRESS THINGS THAT NEED ADDRESSED. THE SURVEY IS BIAS AND IS GEARED TO GIVE THE OHA PROCESS GOOD REPORT.

REMEDY: CLOSE OAH OFFICE DOWN...IT WILL BE PROVEN THAT THERE IS NOT ONE REASON WHY A RACKETEERING CORRUPT ORGANIZATION THAT DEFAMES ODHS BY THEIR ACTIONS SHOULD REMAIN OPEN. IT IS A WAST OF TAX MONEY AND ALLOWS ODHS TO EMBEZZLE MILLIONS OF DOLLARS FROM DISABLED AMERICAN CITIZENS.

W

OHDS AND OHA JUDGES HAVE HARASSED THE PLAINTIFF TO THE POINT THAT SHE HAS ATTENDED OVER 20 HEAINGS IN THE LAST 5 YEARS AND HAS BEEN REFERRED TO AS A :SERIAL PLAINTIFF/DEFENDANT:BY A THIRD PARY IN A DIFFERENT COURT FORUM AS ALL THE HEARINGS ARE PART OF THE PUBLIC RECORD.

OSHS SHOULD PAY CHRISTINE 100000 DOLLARS IN DAMAGES THAT OHDS FRAUDULANT CASES HAVE CAUSED HER AND HER REPUTATION.

X

OHDS JUDGES AND REPRESENTATIVES DO NOT HOLD HEARINGS IN A TIMELY FASON SOMETIMES IT TAKES OVER 2 MOJNTHS TO GET THE HEARING DATE

REMIDY: CLOSE THE OAH OFFICE AND SYSTEM DOWN ELIMINATE IT! AS SAID BEFORE HOLD GREIVANCE MEETINGS IN LOCAL OFFICES AND DO NOT HAVE JUDGES AND LAWYERS BE PART OF THE PROCESS...ELIMINATE TAX PAYERS WASTE, STOP EMBEZZLEMENT OF MONEY AND PROPERTY, AND START PROMOTING PAREN PATREA SERVICES TO THOSE WHO NEED THEM THE MOST!!!!!!!!!!!!!!!!!!.

Y

OHDS REPREENTATIVES REQUEST PRECONFERENCE HEARINGS BE HELD SO THEY CAN COLLECT MORE INFORMATION ON THE DEPARTMENT CLAIMS AND PREPARE THEIR CASE APPROPREIATELY TO FILL ANY GAPS THEY MAY HAVE. WHICH CAN BE CONSTRUED AS MINIPULATIVE COERSION.

DELETE THE PROCESS FROM EXISTANCE. CLOSE DOWN THE OAH OFFICE AND RELEASE ALL OF ITS EMPLYEES AS THEY AR CORRUPT AND RACKETEERING AS WELL AS USE POSITION AND UNDO FORCE TO GAIN STATUS FOR THE DEPARTMENT .

z

PLAINTIFF HAS GOTTEN A REPUTATION NOW FOR THREATENING JUDGES WHICH IS NOT THE CASE AS OHDE AND REPRESENTATIVES HAVE DOCUMENTED IT IN PERMANENT RECORD.

ODHS AND OAH SHOULD EXPUNGE THE FALSE CLAIM FROM PERMANENT RECORD. THEY SHOULD MAKE A WRITTEN APOLOGY AND SIND IT TO CHRISTINE FOR THE FALSE ACCUSATION AND THEY SHOULD PAY CHRISITNE 50,000 DOLLARS FOR SLANDER AND DEFAMING HER CHARACTER.

V

## CERTIFICATION AND CLOSING

UNDER FREDERL RULE OF CIVIL PPROCEDURE 11, BY SIGINGING BELOW, I CERTIFY TO THE BEST OF MY KOWLEDGE, INFORMATION BELIEF THAT THIS COMPALINT (1) IS NOT BEING PRESENTED FOR AN IMPROPER PURPOSE, SUCH AS TO HARASS CUASE UNNECESSARY DELAY, OR NEELESSLY INCREASE THE COST OF LITIGATION (2) IS SUPPORTED BY EXISTING LAW OR BY A NONFIRVOLOUS ARGUMENT FOR EXTENDING, MODIFYING, OR REVERSING EXISTING LAW (3) THE FACTUAL CONENTIONS HAVE EVIDENTIARY SUPPOR OR  IF SPECIFICALLY SO IDENTIFIED WILL LIKELY HAVE EVIDENCIARY SUPPORT AFTER REASONABLE OPPORTUNITY FOR FURTHER INVESTIGATION OR DISCOVERY AND (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIREMTNS OF RULE 11

DATED

SIGNATURE OF REPRESENTATIVE FOR PLAINTIFFS CHRISTNE HENDERSON