# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| PATRICK HENDERSON; CHRISTINE HENDERSON; ANGELA M. PEYTON; JASON A. HENDERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS; OREGON DEPARTMENT OF HUMAN RESOURCES,<br><br>　　　　Defendants. | Civ. No. 6:22-cv-00090-AA<br><br>**JUDGMENT** |

_____

AIKEN, District Judge:

For the reasons set forth in the accompanying Order, this case is DISMISSED.

It is so ORDERED and DATED this  6th  day of July 2022.

　　　　　　　　　　　　　　　　 /s/Ann Aiken
　　　　　　　　　　　　　　　　ANN AIKEN
　　　　　　　　　　　　　　　　United States District Judge

1.　　JUDGMENT